## 39027. McLAUGHLIN v. DEPARTMENT OF TRANSPORTATION.

ORDER OF COURT.

Upon consideration of the application for certiorari filed to review the judgment of the Court of Appeals in this case, it is ordered that the writ be hereby denied.

*All the Justices concur, except Smith, J., who dissents.*

ORDERED SEPTEMBER 29, 1982.

*A. Guy Smith,* for appellant.
*Michael J. Bowers, Attorney General, G. Conley Ingram, Charles S. Johnson III, Special Assistant Attorneys General,* for appellee.

SMITH, Justice, dissenting.

I would grant the application for certiorari. In my opinion the decision of the Court of Appeals is in direct conflict with *Dept. of Transp. v. Driggers,* 150 Ga. App. 270 (257 SE2d 294) (1979). We should grant the application to resolve any conflict between the two decisions.